ADDENDUM TO PETITION (Probation Form 12)
Re: Michelle Lynn Polster
Case No.: 2:12-cr-00024-RCJ-CWH
February 10, 2012

The Honorable Robert C Jones
Chief U.S. District Judge
Las Vegas, Nevada

Honorable Sir:

Reference is made to the Probation Form 12, dated February 02, 2012, alleging violations of supervision. We are requesting that the petition be amended to include the following:

1.  **The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.**

    On February 8, 2012, Polster tested positive for methamphetamine.

2.  **Shall answer truthfully all inquiries and follow instructions of the probation officer:**

    On January 17, 2012, Polster was instructed to move back into her parent's residence. Polster did not move back to her parent's residence, as instructed

### Evaluative Summary

On February 8, 2012, Polster submitted to a urinalysis at the Residential Reentry Center(RRC). Preliminary results of the test indicated that she was positive for methamphetamine. In an effort to confirm the positive, the RRC staff member that took the urinalysis, and prepared to send the test to Alere Laboratories. When a test is sent for confirmation, a chain of custody is completed. The sample was sealed and packaged in front of Polster. She was requested by RRC staff to sign the chain of custody, which she refused to sign.

On February 9, 2012, the undersigned spoke with Polster's mother, Laurie Polster via telephone. During this phone conversation, Laurie Polster advised that Polster, did not move back into the residence, as instructed. Polster did stay at her parent's residence a few nights. Due to Polster's continued violations, and blatant disregard for the instructions of the probation officer, we respectfully request that she be detained pending her revocation hearing.

Respectfully submitted,

AMBERLEIGH A. VALDEZ
United States Probation Officer

Case 2:12-cr-00024-RCJ-CWH   Document 10 *SEALED*   Filed 02/10/12   Page 2 of 2

**ADDENDUM TO PETITION (Probation Form 12)**
RE:  **Michelle Lynn Polster**
Case No.:  **2:12-cr-00024-RCJ-CWH**
February 10, 2012

AKV:av

Approved:

_____  2/10/2012
ROBERT G. AQUINO            DATE
Supervising United States Probation Officer

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States Chief District Judge
Dated:  This 14th day of February, 2012.